# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-58597-CC | Trustee Name: | Susan L. Rhiel |
| --- | --- | --- | --- |
| Case Name: | DAWSON, JED ALAN | Date Filed (f) or Converted (c): | 12/12/2014 (f) |
| For the Period Ending: | 1/30/2015 | §341(a) Meeting Date: | 01/20/2015 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence located at 1005 E. Fair Ave., Lancaster OH 43130 | $367,000.00 | $0.00 | | $0.00 | FA |
| 2 | Household goods and furnishings, electronics, appliances, cookware, linens, etc. | $5,000.00 | $0.00 | | $0.00 | FA |
| 3 | Clothing, shoes and accessories | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 5 | 12 guage shot gun | $350.00 | $0.00 | | $0.00 | FA |
| 6 | Golf clubs | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Primerica term life insurance policy (Spouse is beneficiary) | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Traditional IRA | $87,488.44 | Unknown | | $0.00 | Unknown |
| 9 | Dawson Holdings LLC (Sole member; value based on value of real estate owned, mortgage given and estimated costs of liquidating real estate) | $25,000.00 | $25,000.00 | | $0.00 | $25,000.00 |
| 10 | JDW Properties, LLC (hasn't operated since 2006 but is still listed as active by SOS) 1/3 membership interest | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Hyundai X6350 | $3,000.00 | $0.00 | | $0.00 | FA |
| 12 | Alumicraft 14' row boat in fair condition | $750.00 | $200.00 | | $0.00 | FA |
| 13 | Planer, drill press, radial arm saw, aluminum siding, tile saw, log saw, nailers and other miscellaneous shop tools. | $3,000.00 | $0.00 | | $0.00 | FA |
| 14 | Transfer of interest in Able Building Service     (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                                    **Gross Value of Remaining Assets**
                                                  $492,688.44            $25,200.00                             $0.00                 $25,000.00

**Major Activities affecting case closing:**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 14-58597-CC | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | DAWSON, JED ALAN | Date Filed (f) or Converted (c): | 12/12/2014 (f) |
| For the Period Ending: | 1/30/2015 | §341(a) Meeting Date: | 01/20/2015 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/29/2015    Debtor has interest in two businesses that own real estate. Trustee will verify deposits to IRA.

**Initial Projected Date Of Final Report (TFR):**    09/30/2015        **Current Projected Date Of Final Report (TFR):**        /s/ SUSAN L. RHIEL

SUSAN L. RHIEL